**ORIGINAL**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
RONALD D. JOLING

Case No. 6:15-cr-00113-MC

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RONALD D. JOLING

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1521 - Conspiracy to File Retaliatory Liens
18 U.S.C. 1521 - Retaliatory Liens

Failure to Appear as Ordered

Date:   04/22/2015

*Issuing officer's signature*

City and state:   Eugene, OR

THOMAS M. COFFIN, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/22/15 , and the person was arrested on *(date)* 10/5/15
at *(city and state)* Clarkdale, AZ .

Date:   10/6/15

*Arresting officer's signature*

Bryce Collins, DUSM
*Printed name and title*